UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| CELESTE VIRGINIA SMITH, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HUMBOLDT COUNTY, NEVADA, GENE ) <br> A. HILL (Sheriff), J. BRIAN JONAS ) <br> (Undersheriff), BILL DIEST (County ) <br> Administrator), J(ohnlane) Doe's (1-8), ) <br> ) <br> Defendants. ) <br> _____ ) | 03:05-CV-0233-LRH (VPC) <br><br> ORDER |

    Presently before this court is Defendants', Humboldt County, Nevada, Gene Hill, Brian Jonas, and Bill Diest, motion for summary judgment (#15[1]).  Plaintiff, Celeste Smith, has failed to file an opposition despite the fact that the motion for summary judgment was filed on July 25, 2006.

    The court notes that Plaintiff is proceeding *pro se* in this matter.  The court, in recognition of this fact, will provide Plaintiff with twenty (20) days from the date this order is entered, to provide a response to the pending motion.  If a response is filed, Defendants shall have ten (10) days to file a reply.  If no response is filed, the court will proceed to dispose of the motion.  The court also recognizes the complex nature of claims under the Americans with Disabilities Act.  Plaintiff is therefore advised that, given the difficulties in these types of cases, it may be to her benefit to retain counsel in this matter.

///

---

[1] References to (#XX) refer to the court's docket.

1     It is therefore ORDERED that Plaintiff file a response to Defendants' motion for
2 summary judgment within twenty (20) days of the entry of this order.  Defendants will then have
3 ten (10) days to file an appropriate reply.

4     DATED this 14th day of December, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE